# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2009

Marilyn Kelly,
Chief Justice

138246

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JAMES RICHARDSON,
      Plaintiff-Appellant,

v

      SC: 138246
      COA: 287521
      WCAC: 07-000142

RWC, INC., and TRAVELERS CASUALTY &
SURETY COMPANY,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the January 5, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2009

_____

Clerk

0603